IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC

2011 AUG 24 P 3: 02

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:11-849 |
| | ) |
| vs. | ) |
| | ) **PROTECTIVE ORDER** |
| JASPER MICHAEL WAGNER | ) |

The United States of America has moved for an order governing the disclosure and handling of discovery materials in this case.

IT IS ORDERED, that:

The Attorney for the Defendant shall maintain custody of all discovery materials provided by the Government until such time as those materials are returned to the custody of the Government. The Attorney for the Defendant may copy any materials as necessary to effectively represent his/her client; however, the Attorney for the Defendant shall not provide copies to his/her client or others, except that the Attorney may provide copies to employees or agents of the Attorney as necessary in the representation of the Defendant. Any such employees or agents are subject to all restrictions outlined in this Order.

The Attorney for the Defendant may allow the Defendant to review the discovery materials, but shall not release custody of those materials to the Defendant, and shall safeguard against the release of those materials.

Under no circumstances are discovery materials to be released into the jails. The Attorney for the Defendant may allow the Defendant to review discovery materials at the jail while in the

presence of the Attorney or an agent of the Attorney; however, the Attorney/agent must retrieve such material prior to the end of the visit with the Defendant.

IT IS SO ORDERED.

August 18, 2011
Florence, SC

_____
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: /s/ A. Bradley Parham
    A. BRADLEY PARHAM
    Assistant United States Attorney